IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


PHILLIP ROBERT MAAG                                                          PLAINTIFF

v.                                    Case No. 14-2138

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                               DEFENDANT


**JUDGMENT**

    Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

    IT IS SO ADJUDGED this 27th day of May, 2015.


/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE